**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00050-RFB |
| Plaintiff, | ) | |
| v. | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| JONATHAN LEE SMITH, JR., | ) | |
| Defendant. | ) | |

This Court finds that defendant JONATHAN LEE SMITH, JR., pled guilty to Counts One and Two of a Two-Count Criminal Information charging him with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Information, ECF No. 14; Plea Agreement, ECF No. 15; Change of Plea, ECF No. 16.

This Court finds defendant JONATHAN LEE SMITH, JR., agreed to the imposition of the in personam criminal forfeiture money judgment of $19,146 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 14; Plea Agreement, ECF No. 15; Change of Plea, ECF No. 16.

This Court finds that JONATHAN LEE SMITH, JR., shall pay an in personam criminal forfeiture money judgment of $19,146 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JONATHAN LEE SMITH, JR., an in personam criminal forfeiture money judgment of $19,146.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 20th day of May, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE