FILED ___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 26, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LEE SMITH,<br><br>Defendant. | Case No. 2:16-cr-00050-RFB<br><br>WAIVER FOR RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |

I understand that I have a right to appear in person in court at the *Hearing regarding [32] Emergency MOTION for Compassionate Release under FIRST STEP Act, [34] MOTION for Relief re: funds, [38] MOTION for Clarification* in this case scheduled for *August 26, 2020 at 1:00 PM*. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff. Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

| | |
|---|---|
| /s/ Jonathan Lee Smith          8/25/2020 | |
| Defendant's Signature          (date) | |
| *Sylvia A. Irvin*<br>for AFPD Heidi Ojeda          8/25/2020 | _____          8/26/2020 |
| Signature of Defendant's Attorney    (date) | Judge's Signature          (date) |
| AFPD Heidi Ojeda | RICHARD F. BOULWARE, II  U.S. District Judge |
| Printed Name of Defendant's Attorney | Judge's Printed Name and Title |