CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jonathan Lee Smith,<br><br>　　　　Defendant. | Case No. 2:16-CR-000050-RFB<br><br>**STIPULATION AND ORDER TO EXTEND THE DATE FOR PLAINTIFF TO FILE RESPONSE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United States of America, by and through its attorney Summer A. Johnson, Assistant United States Attorney and Defendant Jonathan Smith, by and through his attorney Heidi A. Ojeda, Esq., that the date for Plaintiff United States of America to file its Response to Defendant's

*///*

*///*

*///*

*///*

*///*

*///*

*///*

1

Motion to Return Funds (ECF No. 77), filed on May 26, 2021, shall be extended from June 9, 2021 to June 18, 2021.

This is the first extension request for Plaintiff's Response.

Respectfully submitted this 1st day of June 2021.

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER | CHRISTOPHER CHIOU <br> Acting United States Attorney |
| By: /s/ Heidi A. Ojeda, Esq. <br> Heidi A. Ojeda, Esq. <br> 411 E. Bonneville Avenue <br> Las Vegas, Nevada 89101 <br> Attorney for Defendant | /s/ Summer A. Johnson <br> SUMMER A. JOHNSON <br> Assistant United States Attorney |

IT IS SO ORDERED this day 2nd of June, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE